IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (BALTIMORE)

IN RE:                                   *

    **VENETRICE ABERDEEN**          *       Chapter 13

    Debtor                              *       Case No. 20-18236

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS CHAPTER 13 CASE

Venetrice Aberdeen, "Debtor" by her Attorney Kim Parker, Esq. and the Law Offices of Kim Parker P.A. and files this Motion to Dismiss Chapter 13 Case and state in support thereof:

1. That the Debtor filed a Chapter 13 Case on 09/07/20.

2. Debtor at this time has not been discharged.

3. Debtor request dismissal of her Chapter 13 Case.

WHEREFORE, the debtor respectfully requests that this Honorable Court dismiss the above case.

Respectfully submitted ,
LAW OFFICES OF KIM PARKER P.A.

/s/ Kim Parker

Kim Parker, Esq., #23894
2123 Maryland Ave
Baltimore, MD 21218
Tel: 410-234-2621
Fax:410-234-2612
lawoffkimparker@aol.com

## Certificate of Service

I hereby certify that on this 17th, day December, 2022 of the foregoing Motion to Dismiss Chapter 13 Case was mailed by electronic or postage pre-paid to: Chapter 13 Trustee, Rebecca Herr, ecf@ch13md.com and to all Creditors of record.

/s/ Kim Parker
    Kim Parker, Esq